No. 46045.——Protest 11310–K of Rolls Razor, Inc. C. D. 480. Motion of Government for rehearing denied.

No. 46046.—.—Protest 33668–K of Bloomingdale Bros., Inc. Abstract 45870. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 11, 1941

No. 46047.—Protests 688279–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 11, 1941

No. 46048.—Protests 974695–G, etc., of Herzfeld-Phillipson Co. et al. (Milwaukee, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46049.—Protests 698825–G, etc., of Frank Allaire Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.